IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Civil Action File No.: 3:10-cv-648-RJC-DSC

| | |
|---|---|
| BENNY BRIDGES ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on *Plaintiff's Motion to Stay* the requirements of Local Rule 16.1. It appears that good cause exists for granting Plaintiff's Motion.

IT IS THEREFORE ORDERED that the requirements of Local Rule 16.1 are stayed pending the resolution of Plaintiff's *Motion to Remand* or, alternatively, should no *Motion to Remand* be filed by January 19, 2011, that the timeframes set forth by Local Rule 16.1 commence beginning January 20, 2011.

**SO ORDERED**.    Signed: January 3, 2011

_____
David S. Cayer
United States Magistrate Judge