IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv648

| | |
|---|---|
| BENNY BRIDGES, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| HARTFORD LIFE AND ACCIDENT ) INSURANCE COMPANY, ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Plaintiff's Unopposed Motion to Remand to State Court (Doc. No. 5), pursuant to 28 U.S.C. § 1447(c). Review of Plaintiff's motion and the pleadings reveals that good cause has been shown and that Defendant consents to the remand.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Unopposed Motion to Remand is **GRANTED**, and this case is remanded to the Mecklenburg County Superior Court where it was originally filed.

Signed: January 25, 2011

Robert J. Conrad, Jr.
Chief United States District Judge